**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __10/4/2022__

**PARITY NETWORKS LLC,**

                         **Plaintiff,**

                 **-against-**

**UBIQUITI INC.,**

                         **Defendant.**

**22-cv-3417 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

   The Court is in receipt of the Defendant's letter dated August 30, 2022 and the Parties'

joint status report dated September 13, 2022.  Defendant is hereby **GRANTED** leave to file a

motion to dismiss.  The parties are directed to adhere to the following schedule concerning

Defendants' Motion for Summary Judgment:

| | |
|---|---|
| **Opening Brief** | **November 4, 2022** |
| **Opposition** | **November 28, 2022** |
| **Reply** | **December 5, 2022** |

**SO ORDERED.**

Dated:    October 4, 2022
          New York, New York

**ANDREW L. CARTER, JR.**
**United States District Judge**