USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/25/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**PARITY NETWORKS LLC,**

        Plaintiff,

-against-

**UBIQUITI INC.,**

        Defendant.

22-cv-03417 (ALC)

<u>Order</u>

**ANDREW L. CARTER, United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within **thirty days.**

**SO ORDERED.**

Dated:   April 25, 2023
            New York, New York

                                    **ANDREW L. CARTER, JR.**
                                    **United States District Judge**